BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2720
Facsimile:  (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JOCELYN T. REBUYON and ROLAND R. REBUYON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:10-cv-03222 FCD KJN<br><br>**CERTIFICATION OF SCOPE OF FEDERAL EMPLOYMENT; ORDER**<br><br>[28 U.S.C. § 2679(d)] |
|---|---|

I, David Shelledy, Chief of the Civil Litigation Unit of the Office of the United States Attorney for the Eastern District of California, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority vested in me by 28 C.F.R. § 15.4 and by the United States Attorney, hereby certify and attest that:

1. I have read the complaint and other documents in this action; and

2. On the basis of the information now available with respect to the incidents referred to in the complaint, defendant Steven T. Chandler was an employee of the United States Department of Agriculture, Animal and Plant Health Inspection Service, acting within the scope of his  employment at the time of the alleged incidents giving rise to the complaint, and so, by operation of law, is entitled to the official immunity of the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680.

///

///

Certification of Federal Employment; Order          1

1       This certification, by operation of the cited statutes, effects the substitution of the United States as the proper party defendant in lieu of Steven T. Chandler, who should be dismissed pursuant to his official immunity.

Date: March 9, 2011                                    /s/ *David Shelledy*
                                                           DAVID SHELLEDY
                                                           Chief, Civil Divisoin

# **ORDER**

This matter came before the Court on the Certification of Scope of Federal Employment filed by the United States Attorney's Office for the Eastern District of California. Pursuant to the Federal Tort Claims Act, 28 U.S.C., §§ 2671-2680,

IT IS HEREBY ORDERED THAT the United States of America is SUBSTITUTED as the proper party defendant in place of defendant Steven T. Chandler.

IT IS FURTHER ORDERED THAT Steven T. Chandler is DISMISSED as parties from the case with prejudice pursuant to his official immunity under the Federal Tort Claims Act, 28 U.S.C., §§ 2671-2680.

IT IS SO ORDERED.

Date:  March 11, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE