1  BENJAMIN B. WAGNER
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2720
   Facsimile:   (916) 554-2900
5
   Attorneys for Defendant
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | JOCELYN T. REBUYON and ROLAND R. REBUYON, | Case No.  2:10-cv-03222 FCD KJN
12 |                                           | **STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**
13 |              Plaintiffs,                   |
14 |              v.                            |
15 | UNITED STATES OF AMERICA,                 |
16 |              Defendant.                    |

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Elect Referral of
Action to VDRP                              1

1    Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action

2  to the Voluntary Dispute Resolution Program.

3  DATED:  July 5, 2011                          JOHN E. VIRGA, INC.

4                                          By:        /s/ John E. Virga
                                                JOHN E. VIRGA
5                                               N. STEVE ROBERTS II

6                                               Attorneys for Plaintiffs

7
   DATED:  July 5, 2011                          BENJAMIN B. WAGNER
8                                               United States Attorney

9                                          By:        /s/ Lynn Trinka Ernce
                                                LYNN TRINKA ERNCE
10                                              Assistant United States Attorney

11                                              Attorneys for United States

12

13                                   **ORDER**

14  IT IS SO ORDERED.

15  DATED:  July 6, 2011

16                          _____
                            FRANK C. DAMRELL, JR.
17                          UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Elect Referral of
Action to VDRP                    2